1142

No. 97–8554.  PARKER *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 4th Cir.  Certiorari denied.

No. 97–8565.  ANDERSON *v.* TEXAS.  Ct. App. Tex., 1st Dist. Certiorari denied.

No. 97–8576.  WEST *v.* KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 97–8577.  BROWN *v.* METRO-NORTH COMMUTER RAILROAD. C. A. 2d Cir.  Certiorari denied.

No. 97–8579.  LATEEF *v.* VIRGINIA PAROLE BOARD.  C. A. 4th Cir.  Certiorari denied.

No. 97–8637.  RUIZ *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 97–8647.  HILL *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 97–8652.  ALLEN *v.* OREGON.  C. A. 9th Cir.  Certiorari denied.

No. 97–8659.  McQUOWN *v.* SAFEWAY, INC.  Sup. Ct. Va.  Certiorari denied.

No. 97–8665.  ROSADO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–8692.  McQUOWN *v.* SAFEWAY, INC.  Sup. Ct. Va.  Certiorari denied.

No. 97–8693.  PARKER *v.* UNITED STATES; and
No. 97–8766.  PARKER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 133 F. 3d 322.

No. 97–8711.  RAWLES *v.* HERZOG ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 97–8713.  MARKS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 97–8722.  PINEIRO *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.